B6 Summary (Official Form 6 - Summary) (12/07)

FLD*13JAN07PM0418USBCSDF-MIA

# United States Bankruptcy Court
## Southern District of Florida

In re  **Frank Albert Acosta,**
      **Maxine Acosta**
_____,
                                 Debtors

Case No. __**12-29359**__

Chapter __**13**__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 358,270.00 | | |
| B - Personal Property | Yes | 4 | 11,002.22 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 958,413.51 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 127,121.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,210.80 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,777.45 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 369,272.22 | | |
| Total Liabilities | | | | 1,085,534.51 | |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

FLD*13JAN07PM0418USBCSDF-MIA

In re  **Frank Albert Acosta,**
       **Maxine Acosta**

Case No. __**12-29359**__

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Homestead**<br>**16428 SW 85 Ln**<br>**Miami, Fl. 33193** | fee simple | J | 244,000.00 | 645,362.51 |
| **Investment Property**<br>**1690 SW 27 Ave #905**<br>**Miami, Fl 33145** | fee simple | J | 114,270.00 | 313,051.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 358,270.00 | (Total of this page) |
| Total > | 358,270.00 |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Frank Albert Acosta,**
       **Maxine Acosta**
                                                      Debtors,

Case No. **12-29359**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxx3276<br><br>Bank Of America, N.A.<br>450 American St<br>Simi Valley, CA 93065 | | H | Opened 4/13/07 Last Active 1/11/12<br>First Mortgage on Investment Property<br>Investment Property<br>1690 SW 27 Ave #905<br>Miami, Fl 33145<br>Value $ 114,270.00 | | | | 286,511.00 | 172,241.00 |
| Account No. xxxxx0205<br><br>Coastal States Mtg<br>600 Corporate Dr Ph 1<br>Ft Lauderdale, FL 33334 | | J | Opened 2/07/05 Last Active 2/16/11<br>First Mortgage on Homestead<br>Homestead<br>16428 SW 85 Ln<br>Miami, Fl. 33193<br>Value $ 244,000.00 | | | | 330,000.00 | 86,000.00 |
| Account No.<br><br>Coral Pointe of Miami Condominium Associ<br>c/o Paul McKenna<br>1360 S Dixie Hwy #100<br>Miami, FL 33146 | | J | Condominium Association Dues<br>Investment Property<br>1690 SW 27 Ave #905<br>Miami, Fl 33145<br><br>Value $ 114,270.00 | | | | 26,540.00 | 26,540.00 |
| Account No. xxxx7629<br><br>HFC<br>Po Box 3425<br>Buffalo, NY 14240 | | H | Opened 1/23/07 Last Active 1/08/10<br>Second Mortgage on Homestead<br>Homestead<br>16428 SW 85 Ln<br>Miami, Fl. 33193<br>Value $ 244,000.00 | | | | 287,207.00 | 287,207.00 |
| **1** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 930,258.00 | 571,988.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Frank Albert Acosta,**
       **Maxine Acosta**
                                                                    Case No.  **12-29359**
_____,
                            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. xxxxxxxxx2680<br><br>Miami Dade Tax Collector<br>140 W Flagler St<br>Miami, FL 33131 | | | J | Property Tax Liens 2006,2008,2010<br><br>Homestead<br>16428 SW 85 Ln<br>Miami, Fl. 33193<br><br>Value $  244,000.00 | | | | 28,155.51 | 28,155.51 |
| Account No. | | | | <br><br>Value $ | | | | | |
| Account No. | | | | <br><br>Value $ | | | | | |
| Account No. | | | | <br><br>Value $ | | | | | |
| Account No. | | | | <br><br>Value $ | | | | | |
| Sheet  1  of  1   continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | | Subtotal<br>(Total of this page) | | | | 28,155.51 | 28,155.51 |
| | | | | Total<br>(Report on Summary of Schedules) | | | | 958,413.51 | 600,143.51 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Frank Albert Acosta**  
      Debtor  
**Maxine Acosta**

Case No. **12-29359**  
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **1/7/13**    Signature: _____  
                                                        Debtor

Date **1/7/13**    Signature: _____  
                                            (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____  
Printed or Typed Name and Title, if any,  
of Bankruptcy Petition Preparer

Social Security No.  
*(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____  
_____  
Address

X _____  
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature: _____

_____  
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA BJAN07PM0419USBCSDF-MIA
www.flsb.uscourts.gov

In re: Frank Albert Acosta
and Maxine Acosta

Case No. 12-29359
Chapter          RH#297879

_____ Debtor _____/

### DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, or 1019. I certify that:

[ ] The paper filed **adds** creditor(s) as reflected on the attached list (include name and address of each creditor being added). I have:
1. remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
2. provided the court with a supplemental matrix diskette **containing only the added creditors** or electronically uploaded the added creditors in CM/ECF;
3. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [Local Rule 1009-1(D)(2)]; and
4. filed an amended schedule(s) and summary of schedules.

[ ] The paper filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted). **I have:**
1. remitted the required fee;
2. provided notice to affected parties and
3. filed an amended schedule(s) and summary of schedules.

[X] The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the attached list. **I have:**
1. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [Local Rule 1009-1(D)(2)] and
2. filed an amended schedule(s) or other paper.

[ ] The paper filed **corrects** schedule D, E or F amount(s) or classification(s). **I have:**
1. remitted the required fee;  $30.00
2. provided notice to affected parties and
3. filed an amended schedule(s) and summary of schedules.

[ ] None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It ☐ does ☐ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if required to be filed by the Bankruptcy Rules, the official form "Declaration Concerning Debtor's Schedules" has been signed by each debtor as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B) and, if filed electronically without imaged signatures, a local form "Declaration Under Penalty of Perjury to Accompany Petitions, Schedules and Statements Filed Electronically" accompanied the filing of the document.

Dated: 01-07-13

Rosy Apinte / Rhya
Attorney for Debtor (or Debtor, if pro se)

Rosy Apmte
Print Name

54977
Florida Bar Number

_____
Joint Debtor (if applicable)

_____
Address

_____
Phone Number

LF-4 (rev. 12/01/09)